FRANK A. WEISER, (Bar No. 89780)
Attorney at Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
(213) 384-6964  - (voice)
(213) 383-7368  - (fax)
maimons@aol.com - (e-mail)

Attorney for Plaintiffs
DEAN HOTOP, KEN SCHNEEBELI,
JEFF ZELL, SHERMAN ZELL, LOIS
ZELL, LOUISE PETER, SEIGI
TADOKORO, PAT CREMA, SEAN
RHINEHART, SHUCHUN HUANG, JAMES
CAMPAGNA, SAL RUIZ, ISAAC AGAM,
STEVE MAHL, LLOYD KIP, ROBERTA
MOORE, DENG LIU, SHASHA CHEN,
XIAODONG LI, ZHONGHUA PEI,
XIAOCONG YE, SMALL PROPERTY
OWNERS ASSOCIATION - SAN JOSE, in
its representative capacity on
behalf of its association members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN HOTOP; KEN SCHNEEBELI; JEFF ZELL; SHERMAN ZELL; LOIS ZELL; LOUISE PETER; SEIGI TADOKORO; PAT CREMA; SEAN RHINEHART; SHUCHUN HUANG; JAMES CAMPAGNA; SAL RUIZ; ISAAC AGAM; STEVE MAHL; LLOYD KIP; ROBERTA MOORE; DENG LIU; SHASHA CHEN; XIAODONG LI; ZHONGHUA PEI; XIAOCONG YE; SMALL PROPERTY OWNERS ASSOCIATION - SAN JOSE, in its representative capacity on behalf of its association members, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE, a municipal corporation; AND DOES 1 THROUGH 10 INCLUSIVE, <br> Defendants. | No. CV18-02024-LHK <br><br> NOTICE OF APPEAL |

TO THE CLERK OF THE COURT:

Plaintiffs DEAN HOTOP, KEN SCHNEEBELI, JEFF ZELL, SHERMAN ZELL, LOIS ZELL, LOUISE PETER, SEIGI TADOKORO, PAT CREMA, SEAN RHINEHART, SHUCHUN HUANG, JAMES CAMPAGNA, SAL RUIZ, ISAAC AGAM, STEVE MAHL, LLOYD KIP, ROBERTA MOORE, DENG LIU, SHASHA CHEN, XIAODONG LI, ZHONGHUA PEI, XIAOCONG YE, SMALL PROPERTY OWNERS ASSOCIATION - SAN JOSE, in its representative capacity on behalf of its association members (collectively "Plaintiffs") hereby appeal, in its entirety, to the United States Court of Appeals for the Ninth Circuit the Court's Judgment entered on October 12, 2018 dismissing the entire case with prejudice in favor of the Defendant CITY OF SAN JOSE (Civil Docket No. 39) and the Court's Order filed October 4, 2018 granting Defendant's Motion to to Dismiss the First Amended Complaint Without Prejudice (Civil Docket No. 36), and any other adverse ruling in the case.

Plaintiffs elected to stand on the First Amended Complaint and did not amend the First Amended Complaint pursuant to the Ninth Circuit's holding in Edwards v Marin Park, Inc., 356 F.3d 1058, 1063-1065 (9th Cir. 2004) and WMX Technologies, Inc. v Miller, 104 F.3d 1133 (9th Cir. 2004)

2

(en banc). (Civil Docket No. 38).

DATED: October 15, 2018          LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for Plaintiffs DEAN HOTOP, KEN SCHNEEBELI, JEFF ZELL, SHERMAN ZELL, LOIS ZELL, LOUISE PETER, SEIGI TADOKORO, PAT CREMA, SEAN RHINEHART, SHUCHUN HUANG, JAMES CAMPAGNA, SAL RUIZ, ISAAC AGAM, STEVE MAHL, LLOYD KIP, ROBERTA MOORE, DENG LIU, SHASHA CHEN, XIAODONG LI, ZHONGHUA PEI, XIAOCONG YE, SMALL PROPERTY OWNERS ASSOCIATION - SAN JOSE, in its representative capacity on behalf of its association members